# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 06-cv-00224-CMA-CBS

JAMES MCGRATH,

    Plaintiff,

v.

CENTRAL MASONRY CORP.,

    Defendant.

---

## ORDER TO VACATE PRETRIAL CONFERENCE

---

This matter comes before the Court *sua sponte*. Upon review of the file, the Court notes that no proposed pre-trial order has been received prior to the Preliminary Pretrial Conference scheduled for Monday, December 1, 2008. It is, therefore,

ORDERED that the Preliminary Pretrial Conference scheduled for December 1, 2008 at 4:00 p.m. is VACATED. It is

FURTHER ORDERED that the parties shall contact the Chambers of Magistrate Judge Craig B. Shaffer for further proceedings in this matter.

DATED: November  26 , 2008

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge