**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-00224-CMA-CBS

JAMES MCGRATH,

    Plaintiff,

v.

CENTRAL MASONRY CORP.,

    Defendant.

---

## ORDER TO MOVE TRIAL DATE ONE DAY FORWARD

---

This matter comes before the Court *sua sponte*. Due to a personal matter, the Court hereby ORDERS that the trial in this matter currently scheduled to commence on March 30, 2009 at 1:30 p.m. is RESET to commence on **Tuesday, March 31, 2009 at 9:00 a.m.** The Final Trial Preparation Conference remains set for March 20, 2009 at 8:30 a.m. on this Court's docket.

    DATED: March __11__, 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge