**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-00224-CMA-CBS

JAMES MCGRATH,

    Plaintiff,

v.

CENTRAL MASONRY CORP.,

    Defendant.

**ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL TRIAL BRIEF**

Defendant's Motion for Leave to File Supplemental Trial Brief (Doc. # 76) is GRANTED and Defendant's Supplemental Trial Brief, attached to its motion, (Doc. # 76-2) is accepted as filed.

    DATED: March __31__, 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge