# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez

Date: April 3, 2009

---

Civil Action No. 06-cv-00224-CMA-CBS

| *Parties:* | *Counsel:* |
|---|---|
| JAMES MCGRATH, | Elwyn Schaefer |
| | Scott Reese |
| Plaintiff, | |
| v. | |
| CENTRAL MASONRY CORP., | Daniel Fowler |
| | Brain Widmann |
| Defendant. | |

---

## COURTROOM MINUTES
_____
HEARING: Jury Trial Day Four

**8:41 a.m.    Court in session**.

Also present: Plaintiff James McGrath and defendant client representative Neal House.

**ORDER:**    Plaintiff's Oral Motion to Amend the Complaint is **denied**.

Charging conference.

**10:05 a.m.   Court in recess**.
**11:26 a.m.   Court in session**.

Continued charging conference.

**ORDER:**    Plaintiff's Oral Motion to Sever the Trial is **withdrawn**.

**ORDER:**    Defendant's Motion for Directed Verdict **(85)** is **granted**.

| | |
|---|---|
| **11:52 a.m.** | **Court in recess**. |
| **12:34 p.m.** | **Court in session**. |

Closing arguments.

2:39 p.m.     Deliberations began.

| | |
|---|---|
| **2:42 p.m.** | **Court in recess**. |
| **3:34 p.m.** | **Court in session**. |

Court Exhibit 1 - Jury Question.

| | |
|---|---|
| **3:38 p.m.** | **Court in recess**. |
| **4:10 p.m.** | **Court in session.** |

Court Exhibit 2 - Jury Question.

**ORDER:**     Jurors excused with the thanks of the Court.

**4:14 p.m.     Court in recess/hearing concluded**.

Total in-court time: 4:06