**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-00224-CMA-CBS

JAMES MCGRATH,

    Plaintiff,

v.

CENTRAL MASONRY CORP.,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO STAY EXECUTION
OF JUDGMENT PURSUANT TO F.R.C.P. 62(b)**

---

This matter is before the Court on the parties' Stipulated Motion To Stay Execution of Judgment Pursuant to F.R.C.P. 62(b) (Doc. # 94).  Upon review, the Court hereby GRANTS said Motion.

IT IS FURTHER ORDERED that no efforts to execute on the Judgment entered in this case may be undertaken until post-judgment motions are resolved by Order of this Court.

DATED: July __24__, 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge