**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-00224-CMA-CBS

JAMES MCGRATH,

    Plaintiff,

v.

CENTRAL MASONRY CORP.,

    Defendant.

---

**ORDER GRANTING MOTION TO STAY EXECUTION OF JUDGMENT, APPROVE BOND AMOUNT AND TO DEPOSIT BOND AMOUNT INTO COURT REGISTRY**

---

The Court, having reviewed Defendant's Unopposed Combined F.R.C.P. 62(d) Motion for Stay of Execution of Judgment and Approval of Bond Amount, and, Motion for Court Order Permitting Deposit of Bond Amount Into the Court Registry (Doc. # 131), hereby GRANTS the Motion, and FINDS as follows:

The bond amount of $24,326.98 is the total amount of Plaintiff's Judgment, costs and post judgment interest through February 12, 2010. Pursuant to Fed.R.Civ.P. 62(d), this Court hereby APPROVES that bond amount and ORDERS that Plaintiff's right to execute on the judgment is STAYED during the pendency of Defendant's appeal. It is

FURTHER ORDERED that Defendant deposit said bond amount into the Court's Registry, and that the Clerk of the Court accept deposit of said Bond amount pursuant to D.C.Colo.LCivR 67.2(A).

DATED:  February __19__, 2010

                                BY THE COURT:

                                *Christine M. Arguello*

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Judge