IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 06-cv-00224-CMA-CBS

JAMES McGRATH,

    Plaintiff,

v.

CENTRAL MASONRY CORP.,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulation To Dismiss With Prejudice (Doc. # 155). The Court having considered the stipulation to dismiss, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and expenses.

DATED: July __8__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge